# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Senior District Judge Richard P. Matsch

Date:                  January 12, 2015
Courtroom Deputy:      Robert R. Keech
FTR Technician:        Kathy Terasaki

---

Civil Action No.   **14-cv-01910-RPM**          <u>Counsel:</u>

**SUPERIOR METAL PRODUCTS, INC.**,              William C. Harris
                                                Brandee B. Bower
    Plaintiff,

v.

**NOVA CASUALTY COMPANY**,                      Jack D. Robinson

    Defendant.

---

### COURTROOM MINUTES

**MOTION HEARING**

**1:58 p.m.**   **Court in session.**

    Court calls case.

    Court's opening remarks.

    Plaintiff's Motion to Compel Continuation of the Appraisal Process and to Stay the Action Pending Completion [ECF Doc. No. 18], filed October 27, 2014, is raised for argument.

2:00 p.m.   Argument by Plaintiff (Mr. Harris).

2:04 p.m.   Argument by Defendant (Mr. Robinson).

Case 1:14-cv-01910-RPM   Document 22   Filed 01/12/15   USDC Colorado   Page 2 of 2

2

2

**ORDERED:** Plaintiff's Motion to Compel Continuation of the Appraisal Process and to Stay the Action Pending Completion [ECF Doc. No. 18], filed October 27, 2014, is **DENIED.**

**2:10 p.m.**     **Court in recess.**

**Hearing concluded.  Total time:  12 minutes.**