IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 14-cv-01910-RPM

Superior Metal Products, Inc., a Colorado corporation,

    Plaintiff,

v.

NOVA Casualty Company, a New York Corporation,

    Defendant.

_____

## ORDER AMENDING SCHEDULING ORDER
_____

This matter comes before the Court on Plaintiffs Agreed Motion to Amend this Court's Scheduling Order. After reviewing the Motion and being otherwise apprised of the issues, the Court **GRANTS** the Motion and hereby orders the following:

The Scheduling Order in this matter is amend as follows:

1. Plaintiff shall designate experts and provide the necessary reports on or before February 22, 2015.

2. Defendant shall designate experts and provide the necessary reports on or before March 22, 2015.

3. The parties shall disclose all rebuttal witnesses and reports on or before April 4, 2015.

All other provisions of the Scheduling Order will remain in effect.

Dated: January 29th, 2015

                    BY THE COURT:

                    s/Richard P. Matsch

                    _____
                    Honorable Richard P. Matsch
                    Senior District Judge