IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01910-RPM

SUPERIOR METAL PRODUCTS, INC.,

    Plaintiff,
vs.

NOVA CASUALTY COMPANY,

    Defendant.

_____

ORDER SETTING DEPOSITION
_____

Pursuant to the hearing held on March 18, 2015, it is

ORDERED that the deposition of Mr. Phil Coutu is set for **June 5, 2015, at 9:30 a.m.** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

DATED:   April 14th, 2014

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior Judge