IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 14-cv-01910-RPM

Superior Metal Products, Inc., a Colorado corporation,

    Plaintiff,

v.

NOVA Casualty Company, a New York Corporation,

    Defendant.

_____

## ORDER GRANTING UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER
_____

This matter comes before the Court on Plaintiffs Unopposed Motion to Modify Scheduling Order. After reviewing the Motion and being otherwise apprised of the issues, the Court **GRANTS** the Motion and hereby orders the following:

The Scheduling Order in this matter is amend as follows:

1. The discovery deadline is extended up to and including July 3, 2015.

All other provisions of the Scheduling Order will remain in effect.

Dated:   May 4, 2015

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch , Senior District Judge