IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01910-RPM

SUPERIOR METAL PRODUCTS, INC.,

    Plaintiff,
vs.

NOVA CASUALTY COMPANY,

    Defendant.

_____

## ORDER ON MOTION TO EXCLUDE
_____

On March 10, 2015, the defendant filed a motion to exclude testimony and strike report of Charles M. Miller and Martin D. Shields. [Doc. 34]. The plaintiff responded on March 17, 2015. [Doc. 86]. This Court has regularly excluded testimony of lawyers with respect to claims handling practices and has taken the view that industry standards are established in Colorado by statute. The opinions of Charles Miller are therefore excluded. The motion to exclude Martin D. Shields as a witness is denied. Any objections to opinions offered by him beyond his observations will be considered at trial.

    SO ORDERED.

    DATED:  June 19th, 2015

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior Judge