IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 14-cv-01910-RPM

Superior Metal Products, Inc., a Colorado corporation,

    Plaintiff,

v.

NOVA Casualty Company, a New York Corporation,

    Defendant.

_____

# ORDER GRANTING PLAINTIFF'S THIRD UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER

_____

This matter comes before the Court on Plaintiffs Third Unopposed Motion to Modify Scheduling Order. After reviewing the Motion and being otherwise apprised of the issues, the Court **GRANTS** the Motion and hereby orders the following:

The Scheduling Order in this matter is amended as follows:

    1. The discovery deadline is extended up to and including September 3, 2015.

All other provisions of the Scheduling Order will remain in effect.

Dated: July 30, 2015

                      BY THE COURT:

                      s/Richard P. Matsch
                      _____
                      Richard P. Matsch, Senior District Judge