**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                September 2, 2015
Courtroom Deputy:    Emily Buchanan
FTR Technician:      Kathy Terasaki

---

Civil Action No. 14-cv-01910-RPM                Counsel:

SUPERIOR METAL PRODUCTS, INC., a                William Corretti Harris
Colorado corporation,                           Brandee Bower

    Plaintiff,

v.

NOVA CASUALTY COMPANY, a New                    Jack Robinson
York Corporation,                               Jeffrey Bollers

    Defendant.

---

### COURTROOM MINUTES

**MOTION HEARING**

**9:53 a.m.**    **Court in session.**

9:54 a.m.    Mr. Robinson provides argument and answers Court's questions.

10:02 a.m.   Mr. Harris responds and answers Court's questions.

**ORDERED:**  Defendant NOVA Casualty Company's Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56 (Doc. No. 43) is **DENIED**.

**ORDERED:**  Pretrial Conference is set for **Friday, November 13, 2015 at 10:00 a.m.**

**10:10 a.m.**   **Court in recess.**

**Hearing concluded.  Total time:  17 minutes.**