IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01910-RPM

SUPERIOR METAL PRODUCTS, INC.,

    Plaintiff,

vs.

NOVA CASUALTY COMPANY,

    Defendant.

_____

## ORDER VACATING PRETRIAL CONFERENCE
_____

Upon review of the unopposed motion to vacate the November 13, 2015, pretrial conference [Doc. 68], it is

ORDERED that the motion is granted.

DATED: October 7th, 2015

                    BY THE COURT:

                    s/Richard P. Matsch

                    _____
                    Richard P. Matsch, Senior Judge