IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 14-cv-01910-RPM

SUPERIOR METAL PRODUCTS, INC., a Colorado corporation

    Plaintiff,

v.

NOVA CASUALTY COMPANY, a New York corporation

    Defendant.

_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

    Comes now the Court, having reviewed the Stipulation to Dismiss with Prejudice signed by all parties, and hereby ORDERS that the within action is dismissed with prejudice, each party to pay its own costs and attorney's fees.

    SIGNED this 21st day of January, 2016.

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____

                                      Richard P. Matsch, Senior District Judge